Robert CANO
#1740154
Neal Unit
9055 SPUR 591
AMARILLO, TX,
79107

RE: EXPARTE CANO   11-3-25 712-D-1; WR-79,934-01

Dear Clerk of The COURT MR. ACOSTa,

Petitioner's Habeas Corpus OUT-OF-Time Petition FOR Discretionary Review, was denied without written order on 8-7-2013. Not Long After petitioner was sent to a unit without Direct Access to a Law Library. He spent 8 months at that unit,

Since there was not a written order petitioner would request that The Clerk of the Court send information on How to Continue Litigation (ie ReLitigate). Is it proper to send another Habeas Corpus? What must be done?

Note: IF petitioner is unable to get Back to the P.D.R. stage He will Be Barred from claiming Legal sufficiency of the Evidence on the Federal Level.

x Robert Cano

xx Robert Cano

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk